In the Matter of INEZ D. BARRON et al., Respondents, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Appellant.

Submitted August 26, 2008; decided September 4, 2008

Motion by Todd Valentine, Esq., as Coexecutive Director of State Board of Elections, to file a letter amicus curiae on the appeal herein granted and the letter accepted as filed.

In the Matter of LEE A. GOLDBERG, Respondent, v THELEN REID BROWN RAYSMAN & STEINER LLP et al., Appellants.

Submitted July 7, 2008; decided September 4, 2008

Motion for leave to appeal denied. Cross motion to vacate stay denied. Cross motion for imposition of sanctions denied.

GERALD GOLDMAN et al., Appellants, v AKIN GUMP STRAUSS HAUER & FELD LLP et al., Respondents.

Submitted June 16, 2008; decided September 4, 2008

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellants' motions for leave to amend the complaint and for renewal, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.